UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| United States of America, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Ricardo R. Rigby, ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT** <br><br> No. 5:12-CV-617-BR |

**Decision by Court.**

This matter is before Senior United States District Judge W. Earl Britt on the government's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment is allowed and the United States of America shall have and recover of defendant Ricardo R. Rigby the sum of $21,161.80. The Clerk is DIRECTED to enter judgment accordingly and close this case.

**This judgment filed and entered on December 3, 2013, and served on:**

Shailika K. Shah (Via CM/ECF Notice of Electronic Filing)
G. Norman Acker, III (Via CM/ECF Notice of Electronic Filing)
Ricardo R. Rigby (via US Mail at PO Box 61212, Raleigh, NC 27661)

December 3, 2013 /s/ Julie A. Richards,
Clerk of Court